PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: John A. Paladino                                          Cr.: 98-CR-246-07

Name of Sentencing Judicial Officer: The Honorable Alfred M. Wolin, U.S.D.J.

Date of Original Sentence: 10/29/99

Original Offense: Conspiracy to collect extensions of credit by extortionate means; conspiracy to possess a weapon by a convicted felon.

Original Sentence: One hundred and twenty (120) months custody; three (3) years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 06/08/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1.    Paladino admitted verbally and in writing to using marijuana on or about July 7 or 8, 2007, during an office visit on July 24, 2007.

U.S. Probation Officer Action:

PO verbally reprimanded the offender for drug use and will continue to collect urine specimens for possible continuing use.

Additionally, during an October 16, 2007 office visit, the offender submitted another urine specimen which was positive for marijuana. Paladino denied using the drug, and stated that he is taking a medication called Marinol for nausea. We have investigated his claim, with it appearing that he is correct in that this medication can test positive for marijuana. Furthermore, we can not determine if he is actually using marijuana if he continues use of this medication. The undersigned is currently in the process of reviewing this matter to ascertain if Paladino can be prescribed another medication for his nausea which will not conflict with the results of urine specimens obtained from the offender.

Respectfully submitted,

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 11/28/07

*No Response is necessary unless the court directs that additional action be taken as follows:*

NO action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

12/21/07
Date