PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** John A Paladino                    **Docket Number:** 98-00246-007
                                                          **PACTS Number:** 19958

**Name of Sentencing Judicial Officer:** Honorable Alfred M. Wolin, Sr U.S.D.J.; re-assigned to the Honorable Jose L. Linares in December 2007.

**Date of Original Sentence:** 10/29/1999

**Original Offense:** Conspiracy to collect extensions of credit by extortionate means; conspiracy to possess a weapon by a convicted felon.

**Original Sentence:** 120 months imprisonment; 3 years supervised release.  Special conditions: drug and alcohol aftercare.

**Type of Supervision:** supervised release                    **Date Supervision Commenced:** 06/08/07

**Assistant U.S. Attorney:** Leslie Faye Schwartz, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Richard F. X. Regan, 1500 Harbor Boulevard, Weehawken, New Jersey 07087 (201) 617-5522

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'

                    On December 4, 2009, the offender was arrested by the Essex County Prosecutors Office and was charged with the law violations of possession of cocaine with intent to distribute, possession of marijuana with intent to distribute, criminal usury, fraudulent use of credit cards, and theft by deception.

PROB 12C - Page 2
John A Paladino

I declare under penalty of perjury that the foregoing is true and correct.

By:  Kevin J Mullens
Senior U.S. Probation Officer
Date:  12/8/09

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[  ] The Issuance of a Summons.  Date of Hearing: _____.
[  ] No Action
[  ] Other

Signature of Judicial Officer

12/8/09
Date