UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 98-246

UNITED STATES OF AMERICA v. John A. Paladino
                                   Defendant
PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.  **John A. Paladino** (Inmate #379600, D/O/B: 09-15-65), is now confined in Essex County Jail.

2.  Said individual will be required at United States District Court, before the Honorable Jose L. Linares on Tuesday, February 15, 2011, at 2:00 p.m. for a hearing in the captioned case, in which he is the defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  February 8, 2011

_____
Assistant United States Attorney
Petitioner LESLIE F. SCHWARTZ

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 2/10/11

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:  The United States of America to

WARDEN, Essex County Jail
WE COMMAND YOU that you have the body of **John A. Paladino**, now confined in Essex County Jail brought to the United States District Court before the Honorable Jose L. Linares in Newark, New Jersey on Tuesday, February 15, 2011 at 2:00 pm, for a hearing in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in a safe and secure manner.

WITNESS the Honorable Jose L. Linares
United States District Judge at Newark, NJ.

DATED: 2/10/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _____
Deputy Clerk